IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

LATONIA AMOS                                                                                              PLAINTIFF

V.                                                          CASE NO.: 3:20-CV-147 HTW-JCG

KILOLO KIJAKAZI,                                                         DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge John C. Gargiulo [doc. no. 13]. No objection or response to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the United States Magistrate Judge [doc. No. 13] is hereby adopted as the order of this court. Defendant's Motion for Summary Judgement [doc. no. 9] is granted in part and denied in part. Plaintiff's Motion for Summary Judgment is granted on the first assignment of error and denied on the second assignment of error. The Administrative Law Judge's decision of May 7, 2019, is hereby **Reversed and Remanded**.

     **SO ORDERED AND ADJUDGED**, this the 3rd day of September, 2021.

                                                             s/ HENRY T. WINGATE
                                                             UNITED STATES DISTRICT JUDGE